| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| A. Raymond Hamrick, III (SBN 93821)<br>Martin J. Barab (SBN 47419)<br>Michelle E. Goodman (SBN 238429)<br>HAMRICK & EVANS, LLP<br>111 Universal Hollywood Drive, Suite 2200<br>Universal City, CA 91608<br>T: (818) 763-5292; F: (818) 763-2308; E: mgoodman@hamricklaw.com<br><br>*Attorney for* Plaintiff, BLUE RIDER FINANCE, INC. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br>CHRISTOPHER A. EBERTS<br><br>Debtor(s). | |
| BLUE RIDER FINANCE, INC.<br>Plaintiff(s).<br><br>vs.<br><br>CHRISTOPHER A. EBERTS<br>Defendant(s). | CHAPTER: 7<br>CASE NO.: 2:09-bk-12534-ER<br><br>ADVERSARY NO.: 2:09-ap-01480-ER<br><br>DATE: 7/16/09<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1568, Roybal Federal Cts Bldg. |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.** **PLEADINGS/SERVICE:**

1. Have all parties been served? ☒ Yes ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☒ Yes ☐ No

3. Have all motions addressed to the pleadings been resolved? ☐ Yes ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☒ Yes ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:
   No motions addressed to the pleadings have been filed in this action.

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

Joint Status Report - *Page 2*  F 7016-1.1

| In re | CHAPTER: 7 |
| CHRISTOPHER A. EBERTS | CASE NO.: 2:09-bk-12534-ER |
| Debtor(s). | ADVERSARY NO.: 2:09-ap-01480-ER |

**B.  READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | January 25, 2010 | Same as Plaintiff |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | The above date is the date that the Court has already set for trial. | Same as Plaintiff |

3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | November 30, 2009 | Same as Plaintiff |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time. Discovery and investigation are ongoing. | Same as Plaintiff |

**C.  TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

   | Plaintiff | Defendant |
   |---|---|
   | 2 days | 1 day |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time. Discovery and investigation are ongoing. | Same as Plaintiff |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time. Discovery and investigation are ongoing. | Same as Plaintiff |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| | |
|---|---|
| In re<br>CHRISTOPHER A. EBERTS<br><br>　　　　　　　　　　　　　　　　Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:09-bk-12534-ER<br>ADVERSARY NO.: 2:09-ap-01480-ER |

**D.　PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

　　Plaintiff　　　　　　　　　　　　　　　　　　　　Defendant

Pre-trial conference X (is)/ ___ (is not) requested.　　　Pre-trial conference X (is)/ ___ (is not) requested.
Reasons: _____　　　Reasons: _____
_____　　　_____
_____　　　_____

　　Plaintiff　　　　　　　　　　　　　　　　　　　　Defendant

Pre-trial conference should be set <u>after</u>:　　　　　　Pre-trial conference should be set <u>after</u>:

(date) 12/01/09　　　　　　　　　　　　　　　　　(date) 12/01/09

**E.　SETTLEMENT:**

1.　What is the status of settlement efforts?
　　There have been no settlement discussions in connection with resolution of this action.

2.　Has this dispute been formally mediated?　　　☐ Yes　　☒ No
　　If so, when?

3.　Do you want this matter sent to mediation at this time?

　　　　　Plaintiff　　　　　　　　　　　　　　　Defendant
　　☐ Yes　　☒ No　　　　　　　　　☒ Yes　　☐ No

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| CHRISTOPHER A. EBERTS | CASE NO.: 2:09-bk-12534-ER |
| Debtor(s). | ADVERSARY NO.: 2:09-ap-01480-ER |

**F.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Plaintiff's comments: Plaintiff would like the Court to take note of the fact that this action is one of three non-dischargeability actions that have been filed against Defendant by his creditors. Additionally, other creditors are making claims against the debtor Defendant's bankruptcy estate.

Defendant's comments: The pendency of actions by other creditors against Debtor has no relevance to the issues raised by Plaintiff's complaint. The inclusion of these statements in this joint status report is an attempt by Plaintiff to improperly influence the trier of fact in this matter.

Respectfully submitted,

Dated: 07/02/09                                                   Dated: _____

Hamrick & Evans, LLP                                              _____
*Firm Name*                                                       *Firm Name*

By: [signature]                                                   By: _____

Name: Michelle E. Goodman                                         Name: Christopher Eberts, in propia persona

Attorney for: Plaintiff, Blue Rider Finance, Inc.                 Attorney for: _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| CHRISTOPHER A. EBERTS | CASE NO.: 2:09-bk-12534-ER |
| Debtor(s). | ADVERSARY NO.: 2:09-ap-01480-ER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as Joint Status Report: Local Bankruptcy Rule 7016-1(a)(2) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/2/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/2/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Christopher A. Eberts
11496 Orum Road
Los Angeles, CA 90049

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/2/09 | Ani Makhanian | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 7016-1.1

Joint Status Report - *Page 6*

F 7016-1.1

In re

BLUE RIDER FINANCE, INC.

Debtor(s).

CHAPTER: 7

CASE NO.: 2:09-bk-12534-ER

ADVERSARY NO.: 2:09-ap-01480-ER

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1