Sharon Z. Weiss (State Bar No. 169446)
RICHARDSON & PATEL LLP
10900 Wilshire Blvd. Suite 500
Los Angeles, CA 90024
Phone: (310) 208-1182
Fax: (310) 208-1154
Email: sweiss@richardsonpatel.com

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Christopher A. Eberts<br><br><br>Debtor(s). | Case No. 2:09-12534-ER<br><br>[Chapter 7   ] |
| Blue Rider Finance, Inc.<br><br><br>Plaintiff(s)/ Movant(s),<br>v.<br>Christopher A. Eberts<br><br><br>Defendant(s)/Respondent(s). | Adv. No. 2:09-ap-01480<br><br>MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE |

1.     I was assigned to mediate this matter by order of this Court dated _____ July 23, 2009 _____ as the:

      (a)  Mediator  _____;

      (b)  Alternate Mediator  ___✓___;

      (c)  Successor Mediator  _____;

      (d)  Successor Alternate Mediator _____.

2.     I hereby certify that, to the best of my information and belief, the mediation assignment:

Form 706                                                                Revised 7/15/05

1       (a)  Settled _____;

2       (b)  Did NOT settle ___✓___.

3    3.    If the matter SETTLED:

4       (a)  Did the matter settle prior to the mediation conference without a

5    mediation conference being held? _____

6       (b)  If you conducted a mediation conference that settled, on what

7    date(s) did the conference occur? _____

8       (c)  If you conducted a mediation conference that settled, who did you

9    designate to prepare the settlement documentation? _____.

10   4.    If the matter DID NOT settle:

11      (a)  Was the matter dismissed by the Court prior to the mediation

12   conference? _____

13      (b)  Did you conduct a mediation conference? Yes _____

14      (c)  If you conducted a mediation conference, on what date(s) did the

15   conference occur? November 16, 2009. Please see attached continuation page._____

16   _____.

17

18   DATED: Dec 2, 2009                    Sharon Z. Weiss
                                           _____
19                                         (Name of Mediator)

20                                         _____
                                           (Signature of Mediator)

21

22   cc:    Hon. Barry Russell
            Mediation Program Administrator
23          United States Bankruptcy Court
            255 East Temple Street, Suite 1660
24          Los Angeles, California 90012

25

26

Form 706                        2                        Revised 7/15/05

## CONTINUATION PAGE

I convened an initial mediation call on October 7, 2009, and held a mediation conference at my office on November 16, 2009. Thereafter, the parties participated in a related settlement conference before Judge Bufford. I am advised that Judge Bufford agreed to consolidate this mediation with the adversary action in which he is serving as the settlement judge, and as a result, my services are no longer required in this adversary proceeding.

| Blue Rider Finance<br><br>v.<br>Christopher A. Eberts<br><div align="right">Debtor(s).</div> | CHAPTER 7<br><br>CASE NUMBER 2:09-ap-01480-ER |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Richardson & Patel LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90024
THE FOREGOING DOCUMENT DESCRIBED **MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE** WILL BE SERVED OR WAS SERVED (A) ON THE JUDGE IN CHAMBERS IN THE FORM AND MANNER REQUIRED BY LBR 5005-2(D); AND (B) IN THE MANNER INDICATED BELOW:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 3, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 3, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Judge's Copy
Hon. Richard Neiter
United States Bankruptcy Court
255 E. Temple # 1652
Los Angeles, CA 90012

Christopher Eberts
c/o Orum Road Entertainment
11496 Orum Road
Los Angeles, CA 90049

Hon. Samuel Bufford
United States Bankruptcy Court
255 E. Temple # 1582
Los Angeles, CA 90012

Ray Hamrick
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive
Suite 2200
Universal City, CA 91608

Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple # 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 3, 2009   CHRISTOPHER M. WESTMAN
Date / Type Name / Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                 **F 9013-3.1**